# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| EDWARD TYRONE RIDLEY, : | |
|     Petitioner, : | |
| v. : | 1:07-CV-72 (WLS) |
| ANDY SELLERS, Superintendent, : | |
|     Respondent. : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed September 18, 2007. (Doc. 62). It is recommended that Petitioner's §2254 petition be dismissed as untimely. *Id*. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 62) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Defendant's Motion to Dismiss (Doc. 39) is **GRANTED** and Petitioner's §2254 petition is hereby **DISMISSED.** Petitioner's various motions for injunction and/or restraining order (Docs. 44, 47, 53, 55, 57) are all **DENIED as MOOT.**

**SO ORDERED**, this  11th  day of January, 2008.

                                            /s/W. Louis Sands
                                            **THE HONORABLE W. LOUIS SANDS,**
                                            **UNITED STATES DISTRICT COURT**